Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendants
BP SOLUTIONS LLC and AYR WELLNESS LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive<br><br>Defendants. | Case No. 2:21-cv-01578-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**(First Request)** |

On July 20, 2021, Plaintiff Chase Payne ("Plaintiff") initiated this action by filing a complaint in the Eighth Judicial District Court of Nevada. Plaintiff served Defendants BP Solutions LLC and Ayr Wellness Holdings LLC ("Defendants") with a summons and the complaint on July 27, 2021. Thereafter, on August 26, 2021, Defendants removed this action to this Court on the basis of federal question jurisdiction. Defendants did not respond to Plaintiff's complaint before removal. Therefore, Defendants' responses are due on September 2, 2021. (See FRCP 81(c)(2)(C).)

King Durham is serving as local counsel for Defendants in this matter. Lead foreign counsel (who intend to petition this Court for admission *pro hac vice*) and Defendants' client contact are going to be out of the office over the next few weeks on pre-planned trips. Therefore, Defendants need additional time to gather information respond to Plaintiff's complaint.

Accordingly, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and agree that Defendants shall have an extension until October 1, 2021, to file their responses to Plaintiff's complaint. This is the first request for such an extension.

DATED: August 27, 2021                    GABROY LAW OFFICES

By      */s/ Kaine M. Messer*
Christian J. Gabroy, NV Bar No. 8805
Kaine M. Messer, NV Bar No. 14240
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012
Tel. (702) 259-7777

Attorneys for Plaintiff
CHASE PAYNE

DATED: August 27, 2021                    KING & DURHAM PLLC

By      */s/ Matthew L. Durham*
Matthew L. Durham, NV Bar No. 10342
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 833-1100

Attorneys for Defendants
BP SOLUTIONS LLC and
AYR WELLNESS LLC

### Order

**IT IS SO ORDERED**

**DATED:** 5:29 pm, August 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**