Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendants
BP SOLUTIONS LLC and AYR WELLNESS LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive<br><br>Defendants. | Case No. 2:21-cv-01578-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**(Second Request)** |

The current deadline for Defendants BP Solutions LLC and Ayr Wellness Holdings LLC ("Defendants") to respond to the complaint filed by Plaintiff Chase Payne ("Plaintiff") is October 1, 2021. However, Plaintiff and Defendants are working to reach an agreement as to who the appropriate defendants are in this case, thereby avoiding unnecessary motion practice to dismiss and/or join parties.

///

///

///

///

///

///

As such, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and agree that Defendants shall have an extension until November 2, 2021, to file their responses to Plaintiff's complaint. This is the second request for such an extension.

DATED: September 28, 2021         GABROY LAW OFFICES

By     */s/ Kaine M. Messer*
Christian J. Gabroy, NV Bar No. 8805
Kaine M. Messer, NV Bar No. 14240
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012
Tel. (702) 259-7777

Attorneys for Plaintiff
CHASE PAYNE

DATED: September 28, 2021         KING & DURHAM PLLC

By     */s/ Matthew L. Durham*
Matthew L. Durham, NV Bar No. 10342
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 833-1100

Attorneys for Defendants
BP SOLUTIONS LLC and
AYR WELLNESS LLC

### Order

**IT IS SO ORDERED**

**DATED:** 10:33 am, September 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**