Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendants
BP SOLUTIONS LLC and AYR WELLNESS LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive<br><br>Defendants. | Case No. 2:21-cv-01578-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**(Third Request)** |

Chase Payne ("Plaintiff") and Defendants BP Solutions LLC and Ayr Wellness Holdings LLC ("Defendants") are exploring the possibility of an early resolution of this case and are in the process of gathering and informally sharing information to facilitate their discussions. The current deadline for Defendants to respond to Plaintiff's complaint is November 2, 2021. The parties desire additional time to explore a resolution before Defendants are required to incur fees and costs to file a motion to dismiss and/or an answer to the complaint.

///

///

///

///

///

Therefore, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and agree that Defendants shall have an extension until December 17, 2021, to file their responses to Plaintiff's complaint. This is the third request for such an extension.

DATED: October 26, 2021                    GABROY LAW OFFICES

                                           By     */s/ Kaine M. Messer*
                                           Christian J. Gabroy, NV Bar No. 8805
                                           Kaine M. Messer, NV Bar No. 14240
                                           170 South Green Valley Parkway, Suite 280
                                           Henderson, NV 89012
                                           Tel. (702) 259-7777

                                           Attorneys for Plaintiff
                                           CHASE PAYNE

DATED: October 26, 2021                    KING & DURHAM PLLC

                                           By     */s/ Matthew L. Durham*
                                           Matthew L. Durham, NV Bar No. 10342
                                           6385 S. Rainbow Blvd., Suite 220
                                           Las Vegas, Nevada 89118
                                           Tel. (702) 833-1100

                                           Attorneys for Defendants
                                           BP SOLUTIONS LLC and
                                           AYR WELLNESS LLC

### Order

**IT IS SO ORDERED**

**DATED:** 1:39 pm, October 27, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE