Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendants
BP SOLUTIONS LLC and AYR WELLNESS LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC,<br>EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive<br><br>                    Defendants. | Case No. 2:21-cv-01578-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**(Fifth Request)** |

Chase Payne ("Plaintiff") and Defendants BP Solutions LLC and Ayr Wellness Holdings LLC ("Defendants") are exploring the possibility of an early resolution of this putative collective and class action. The parties submitted a Stipulated Confidentiality Order for Settlement Discussions and Data (ECF No. 15), Defendants have provided Plaintiff with confidential information to facilitate their settlement discussions, and the parties are having ongoing discussions in the hopes of reaching a resolution without the need for further litigation.

The current deadline for Defendants to respond to Plaintiff's complaint is February 1, 2022. The parties desire additional time before Defendants are required to respond to the complaint so they can continue their settlement discussions.

///

///

Therefore, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and agree that Defendants shall have an extension until March 17, 2022, to file their responses to Plaintiff's complaint. This is the fifth request for such an extension.

DATED: January 28, 2022                    GABROY LAW OFFICES


By          /s/ Kaine M. Messer
            Christian J. Gabroy, NV Bar No. 8805
            Kaine M. Messer, NV Bar No. 14240
            170 South Green Valley Parkway, Suite 280
            Henderson, NV 89012
            Tel. (702) 259-7777

            Attorneys for Plaintiff
            CHASE PAYNE

DATED: January 28, 2022                    KING & DURHAM PLLC


By          /s/ Matthew L. Durham
            Matthew L. Durham, NV Bar No. 10342
            6385 S. Rainbow Blvd., Suite 220
            Las Vegas, Nevada 89118
            Tel. (702) 833-1100

            Attorneys for Defendants
            BP SOLUTIONS LLC and
            AYR WELLNESS LLC


**ORDER**
**IT IS SO ORDERED**

**DATED:** 4:25 pm, January 31, 2022


**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

KING & DURHAM PLLC
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 833-1100