Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendants
BP SOLUTIONS LLC and AYR WELLNESS LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive<br><br>Defendants. | Case No. 2:21-cv-01578-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**(Seventh Request)** |

Chase Payne ("Plaintiff") and Defendants BP Solutions LLC and Ayr Wellness Holdings LLC ("Defendants") are exploring the possibility of an early resolution of this putative collective and class action. To this end, the parties have submitted a Stipulated Confidentiality Order for Settlement Discussions and Data (ECF No. 15), Defendants have provided Plaintiff with confidential information to facilitate their settlement discussions, and the parties have had ongoing informal discussions in the hopes of reaching a resolution without the need for further litigation. Now, in a further effort to reach an early resolution, the parties have agreed to mediate this matter before the Honorable Peggy A. Leen (Ret.). The mediation will take place on May 25, 2022.

///

///

///

The current deadline for Defendants to respond to Plaintiff's complaint is May 20, 2022, five days before the mediation. The parties desire additional time before Defendants are required to respond to the complaint so they can first mediate and potentially avoid the necessity of Defendants having to file a responsive pleading.

Therefore, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and agree that Defendants shall have an extension until **June 3, 2022**, to file their responses to Plaintiff's complaint. This is the seventh request for such an extension.

DATED: May 17, 2022                GABROY LAW OFFICES

By  /s/ *Kaine M. Messer*
Christian J. Gabroy, NV Bar No. 8805
Kaine M. Messer, NV Bar No. 14240
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012
Tel. (702) 259-7777

Attorneys for Plaintiff
CHASE PAYNE

DATED: May 17, 2022                KING & DURHAM PLLC

By  /s/ *Matthew L. Durham*
Matthew L. Durham, NV Bar No. 10342
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 833-1100

Attorneys for Defendants
BP SOLUTIONS LLC and
AYR WELLNESS LLC

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:18 pm, May 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**