GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No: 2:21-cv-01578-ART-BNW<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS (ECF No. 25)** |

### STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS (ECF No. 25)

The parties by and through their respective attorneys of record, hereby stipulate to a fourteen (14) day extension through July 1, 2022 for Plaintiff Chase Payne ("Plaintiff") to respond to Defendants' Partial Motion to Dismiss (ECF No. 25) and a seven (7) day extension through July 15, 2022 for Defendants to file their reply thereto.

Defendants filed their Partial Motion to Dismiss on June 3, 2022. Plaintiff's response is currently due on June 17, 2022. Plaintiff has requested the extension to which Defendants have agreed. Defendants similarly have requested an additional seven (7) days to file its reply briefing, to which Plaintiff has agreed.

Good cause exceedingly exists for such extension. Plaintiff attests that,

unfortunately, Plaintiff's trial counsel has suffered a family emergency and Plaintiff's counsel has had to travel to Chicago, IL, which has necessarily required a great deal of Plaintiff's trial counsel's time and attention.

Accordingly, the parties agree that Plaintiff's response to Defendants' Partial Motion to Dismiss (ECF No. 25) shall be due on July 1, 2022 and Defendants' reply thereto shall be due on July 15, 2022.

This request is not sought for any improper purpose or other reason of delay. No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated: June 17, 2022

Respectfully submitted,

*/s/ Christian Gabroy*
Christian Gabroy, Esq. (#8805)
Kaine Messer, Esq. (#14240)
GABROY | MESSER

*Attorneys for Plaintiff*

Dated: June 17, 2022

Respectfully submitted,

*/s/ Matthew Durham*
Matthew L. Durham, Esq. (#10342)
KING & DURHAM PLLC

*Attorney for Defendants*

**IT IS SO ORDERED.**

DATED: June 17, 2022

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE