UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>　　　　　Defendants. | Case No: 2:21-cv-01578-ART-BNW<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO PARTIAL MOTION TO DISMISS**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants will have up to and including August 3, 2022 to file a reply to Plaintiff's Opposition to Defendants' Partial Motion to Dismiss (ECF No. 27). The Partial Motion to Dismiss (ECF No. 25) was filed June 3, 2022. This is the second request for an extension of time regarding a reply brief, the first request being in the briefing schedule set forth in ECF No. 27. Additional time is needed because defense counsel has just substituted into the case and was also out of the state due to a

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1  death in his family.

| GABROY MESSER | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Kaine Messer, Esq. | By: /s/ Scott M. Mahoney, Esq. |
| Christian Gabroy, Esq. | Scott M. Mahoney, Esq. |
| Kaine Messer, Esq. | 300 S. Fourth Street, Suite 1500 |
| 170 S. Green Valley Pkwy, Suite 280 | Las Vegas, Nevada 89101 |
| Henderson, Nevada 89012 | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED:

_____
Anne R. Traum
United States District Judge

Dated: _____July 13, 2022_____

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 44471028.1

- 2 -