UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHASE PAYNE, individually and on behalf of all other similarly situated,

                    Plaintiff,

v.

BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,

                    Defendants.

Case No.: 2:21-cv-01578

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the undersigned, Sarah N. Miller, hereby withdraws her appearance on behalf of Defendants BP Solutions LLC and Ayr Wellness Holdings LLC in the above-captioned matter, and will no longer be associated with Hodgson Russ LLP as of October 3, 2023, and hereby requests discontinuance of service of all subsequent written communications, pleadings, notices, or other papers.

Scott M. Mahoney of Fisher & Phillips, LLP and Jodyann Galvin of Hodgson Russ LLP will continue to represent Defendant BP Solutions LLC and Ayr Wellness Holdings LLC, and should continue to receive service of all subsequent written communications, pleadings, notices, or other papers.

Dated: October 2, 2023

By: s/ Sarah N. Miller
Sarah N. Miller, Esq.
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202
Telephone: (716) 856-4000

**IT IS SO ORDERED**

DATED: 5:03 pm, October 03, 2023

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**