1
2
3
4
5
6

FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants

7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9
10
11
12
13
14
15
16
17

CHASE PAYNE, individually and on
behalf of all others similarly situated,

                    Plaintiff,

        vs.

BP SOLUTIONS LLC; AYR
WELLNESS HOLDINGS LLC,
EMPLOYEE(S)/AGENT(S) DOES 1-10;
and ROE CORPORATIONS 11-20,
inclusive;

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 2:21-cv-01578-ART-BNW

**STIPULATION AND ORDER TO
EXTEND TIME TO FILE
ANSWER TO COMPLAINT
(First Request)**

18
19
20
21
22
23
24
25
26
27
28

        IT IS HEREBY STIPULATED AND AGREED by and between the parties'
counsel of record that Defendants will have up to and including October 30, 2023 to
file its Answer to Plaintiff's Complaint (ECF No. 1).  This is the first request for an
extension of time regarding this deadline.  Additional time is needed because defense
counsel has had events and deadlines in other cases (e.g., a Ninth Circuit brief filed on
October 10, 2023) and is currently not working a full-time schedule for medical

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

FP 48475169.1

- 1 -

1    reasons.

2    GABROY MESSER                 FISHER & PHILLIPS LLP

3

4    By: _/s/ Kaine Messer, Esq._       By:  /s/ Scott M. Mahoney, Esq.
     Christian Gabroy, Esq.              Scott M.Mahoney, Esq.

5    Kaine Messer, Esq.                300 S. Fourth Street, Suite 1500
     170 S. Green Valley Pkwy, Suite 280    Las Vegas, Nevada 89101

6    Henderson, Nevada 89012         *Attorney for Defendants*

7    *Attorneys for Plaintiff*

8                    IT IS SO ORDERED:

9

10                    UNITED STATES DISTRICT JUDGE

11                    Dated:10/13/2023

**FISHER & PHILLIPS LLP**
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 48475169.1