FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive; <br><br> Defendants. | Case No: 2:21-cv-01578-ART-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER** <br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the parties will have up to and including December 28, 2023 to file their Joint Discovery Plan and Scheduling Order.  Plaintiff's counsel is presently in a trial and the parties are also discussing resolution of this matter. This is the first

FP 49058227.1

- 1 -

1 | request for an extension of this deadline.

2 | GABROY MESSER                                    FISHER & PHILLIPS LLP

3 |

4 | By:_/s/ Kaine Messer, Esq._____            By:_/s/ Scott M. Mahoney, Esq._____
   | Christian Gabroy, Esq.                           Scott M. Mahoney, Esq.
5 | Kaine Messer, Esq.                               300 S. Fourth Street, Suite 1500
   | 170 S. Green Valley Pkwy, Suite 280              Las Vegas, Nevada 89101
6 | Henderson, Nevada 89012                          *Attorney for Defendants*
7 | *Attorneys for Plaintiff*

8 |                                                  IT IS SO ORDERED:

9 |                                                  _____
10 |                                                 UNITED STATES MAGISTRATE JUDGE

11 |                                                 Dated:_12/15/2023_____
                                                     _____

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

*(left margin, vertical):* FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

- 2 -

FP 49058227.1