FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>　　　　　　　Defendants. | Case No: 2:21-cv-01578-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br>　　　**(Second Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the parties will have up to and including January 19, 2024 to file their Joint Discovery Plan and Scheduling Order.  The parties are actively engaged in

- 1 -

FP 49154931.1

settlement discussions.  This is the second request for an extension of this deadline.

| GABROY MESSER | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Kaine Messer, Esq.<br>Christian Gabroy, Esq.<br>Kaine Messer, Esq.<br>170 S. Green Valley Pkwy, Suite 280<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiff* | By: /s/ Scott M. Mahoney, Esq.<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorney for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  12/29/2023