1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
   Attorney for Defendants
6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all others similarly situated, | Case No: 2:21-cv-01578-ART-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | (Fourth Request) |
| BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the parties will have up to and including February 26, 2024, to file their Joint Discovery Plan and Scheduling Order.  The parties have reached what they believe to be a blueprint for settlement and need additional time to finalize the

/ / /

/ / /

/ / /

/ / /

/ / /

FP 49473670.1

- 1 -

1  details and hopefully get a Stipulation and Order for Dismissal on file with the Court.

2  This is the fourth request for an extension of this deadline.

3

GABROY MESSER                                    FISHER & PHILLIPS LLP

4

5  By: /s/ Kaine Messer, Esq.                       By: /s/ Scott M. Mahoney, Esq.
   Christian Gabroy, Esq.                           Scott M. Mahoney, Esq.
6  Kaine Messer, Esq.                               300 S. Fourth Street, Suite 1500
   170 S. Green Valley Pkwy, Suite 280              Las Vegas, Nevada 89101
7  Henderson, Nevada 89012                          *Attorney for Defendants*
8  *Attorneys for Plaintiff*

9                                                  IT IS SO ORDERED:

10                                                 _____
11                                                 UNITED STATES MAGISTRATE JUDGE

12                                                 Dated: 2/5/2024

- 2 -

FP 49473670.1