FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all others similarly situated, | ) ) Case No: 2:21-cv-01578-ART-BNW |
| Plaintiff, | ) ) **STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPAINT** |
| vs. | ) ) |
| BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive; | ) ) ) **(First Request)** ) ) ) ) ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants will have up to and including January 21, 2025, to file an opposition to Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 56).  This is the first request for an extension of this deadline.  In addition to work and deadlines in other matters, more time is needed because defense counsel has been

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

- 1 -

1   ill for approximately the past week.

2   GABROY MESSER                            FISHER & PHILLIPS LLP

3

4   By:_ /s/ Kaine Messer, Esq._____     By:  /s/ Scott M. Mahoney, Esq._____
    Christian Gabroy, Esq.                   Scott M. Mahoney, Esq.
5   Kaine Messer, Esq.                       300 S. Fourth Street, Suite 1500
    170 S. Green Valley Pkwy, Suite 280      Las Vegas, Nevada 89101
6   Henderson, Nevada 89012                  *Attorney for Defendants*
7   *Attorneys for Plaintiff*

8                                            IT IS SO ORDERED:

9

10                                           UNITED STATES MAGISTRATE JUDGE

11                                           Dated: January 10, 2025

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FP 53392701.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101