FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No: 2:21-cv-01578-ART-BNW<br><br>**STIPULATION AND ORDER TO WITHDRAW COUNSEL JODYANN GALVIN**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Counsel of Record Jodyann Galvin be withdrawn from this matter. This request will not delay this matter as Ms. Galvin has been inactive in any representation of the parties involved. Counsel Scott Mahoney is actively representing Defendants in this matter and Christian Gabroy and Kane Messner are actively representing the Plaintiff.

Neither party has an objection to this request. This is the first request for Counsel Jodyann Galvin to be allowed to withdraw from this active case. The current docket will be unaffected by this Stipulation and Order.

- 1 -

FP 57277993.1

- 2 -

| | |
|---|---|
| GABROY MESSER | FISHER & PHILLIPS LLP |
| By: /s/ Kaine Messer, Esq. | By: /s/ Scott M. Mahoney, Esq. |
| Christian Gabroy, Esq. | Scott M. Mahoney, Esq. |
| Kaine Messer, Esq. | 300 S. Fourth Street, Suite 1500 |
| 170 S. Green Valley Pkwy, Suite 280 | Las Vegas, Nevada 89101 |
| Henderson, Nevada 89012 | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

Hodgson Russ LLP

By: /s/ Jodyann Galvin, Esq.
Jodyann Galvin
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 142020-4040
*Attorney for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2025

- 2 -

FP 57277993.1