Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:    (702) 259-7777
Fax:    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Chase Payne*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br>Defendants. | Case No: 2:21-cv-01578-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Seventh Request)** |

Pursuant to LR IA 6-1, 6-2, and 26-3, Plaintiff Chase Payne ("Plaintiff") and Defendants BP Solutions LLC and AYR Wellness Holdings LLC (together "Defendants"), by and through their respective undersigned counsel, hereby stipulate to amend the current scheduling order (ECF No. 81) by extending the outstanding discovery and other deadlines for a period of sixty (60) days. This is the seventh request for an extension to the scheduling order in this matter.

**A.    DISCOVERY COMPLETED**

Plaintiff served his Fed. R. Civ. P. 26(a)(1)(A) initial disclosures on April 30, 2024. Defendants served their first sets of interrogatories, requests to produce, and requests to admit on March 17, 2025. Plaintiff responded to Defendants' requests to admit on May 27, 2025. Plaintiff responded to Defendants' interrogatories and requests

Page 1

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

to produce on June 17, 2025. Plaintiff served his first sets of interrogatories, requests to produce, and requests to admit on July 18, 2025.

Following the previous discovery extension, the parties have conducted extensive good faith meet-and-confer efforts, including multiple meetings with vigorous discussion, review, and analysis of Defendants' November 18, 2025 responses to Plaintiff's first sets of interrogatories, requests to produce, and requests to admit and, accordingly, Plaintiff's underlying claims. Such extensive efforts have been ongoing and continue pursuant to FRCP 1 and our Rules.

Additionally, just this past week any issues with the pleadings were settled as the Court ruled on Defendants' Partial Motion to Dismiss the First Amended Complaint. *See* ECF No. 82.

Of course, the parties have also continued to engage in extensive discussion regarding potential resolution in this matter.

**B.      DISCOVERY THAT REMAINS TO BE COMPLETED**

Plaintiff anticipates taking Defendants' FRCP 30(b)(6) depositions as well as propounding discovery requests in addition to potentially taking depositions of additional witnesses. Defendants anticipate taking Plaintiff's deposition, and potentially others, in addition to potentially serving written discovery as well.

**C.      REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN**

A requested extension must detail the reasons why the subject deadlines could not be met through the exercise of reasonable diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Indeed, this extension is necessary, good cause exists, and the subject deadlines could not be met through the exercise of reasonable diligence.

Notably, Defendants have presented Plaintiff with a petition filing re "*In the Matter of the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36*" filed in the Supreme Court of British Columbia. It is Defendants' position that such petition affects

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

this matter pursuant to *Mujica v. AirScan Inc.*, 771 F.3d 580, 597 (9th Cir. 2014). The parties have been exploring this issue together in good faith and Defendants accordingly anticipate filing a motion to stay this matter shortly.

Additionally, the parties have continued to work together in good faith regarding potential resolution and have also continued discovery efforts. Since the previous discovery extension, the parties have conducted extensive meet-and-confer efforts, including multiple meetings with vigorous discussions, review, and analysis in anticipation of Defendants' FRCP 30(b)(6) depositions and potential resolution.

Finally, and as this Court is aware, unfortunately, Plaintiff's counsel tragically has experienced medical exigencies including a sleep diagnosis, a loved one requiring extensive treatment, and lead counsel's family member now diagnosed with stage IV cancer following self-inflicted dementia. Plaintiff avers such situations continue to provide additional good cause for this request. *See, e.g., Lewis v. Dzurenda*, No. 2:19-cv-01729-KJD-DJA, 2021 WL 4186696, at *2 (D. Nev. July 28, 2021), report and recommendation adopted, No. 2:19-cv-01729-KJD-DJA, 2021 WL 4186700 (D. Nev. Aug. 11, 2021).

The parties herein continue to work together in good faith and seek potential resolution and request this extension out of an abundance of caution, in good faith, and not for the purposes of delay.

**D.    PROPOSED REVISED DISCOVERY PLAN**

1.    Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended for sixty (60) days from June 12, 2026 to **August 11, 2026**.

2.    Expert Witness Disclosures Deadline

The deadlines to disclose initial expert witnesses shall be extended from April 13, 2026 to **June 12, 2026.** Disclosure of rebuttal experts shall occur by **July 13, 2026** (July 12, 2026 falls on a Sunday).

3.    Dispositive Motions Deadline

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

The parties shall file dispositive motions thirty (30) days after the extended discovery cut-off date, and therefore, not later than **September 10, 2026.**

4.    Joint Pretrial Order Deadline

If no dispositive motions are filed and, unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed thirty (30) days after the date set for filing dispositive motions, and therefore, not later than **October 10, 2026**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

5.    Fed. R. Civ. P. 26(a)(3) Disclosures

The pretrial disclosures shall be included within the pretrial order, as per LR 26-1(b)(6).

6.    Extensions or Modification of the Discovery Plan and Scheduling Order

In accordance with Local Rule 26-3, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

/ / /

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

7.    <u>Trial and Calendar Call</u>

No trial has been set in this matter.

Dated this 23rd day of March 2026.

GABROY | MESSER

By:    */s/ Christian Gabroy*
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

Dated this 23rd day of March 2026.

FISHER & PHILLIPS LLP

By: /s/ *Scott M. Mahoney*
Scott M. Mahoney
(#1099)
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
smahoney@fisherphillips.com
*Attorney for Defendants*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __March 24, 2026_____