FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>            Defendants. | Case No: 2:21-cv-01578-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants will have up to and including April 13, 2025, to respond to Plaintiff's First Amended Complaint (ECF No. 64).  This is the first request for an extension of this deadline.  Additional time is needed because on March 24, 2026, defense counsel suffered an injury which required ambulance transport to the Emergency Room; since then, counsel has been temporarily limited in his ability to

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

- 1 -

FP 62942889.1

work.

GABROY MESSER                                    FISHER & PHILLIPS LLP

By:  /s/ Kaine Messer, Esq.                       By:  /s/ Scott M. Mahoney, Esq.
Christian Gabroy, Esq.                            Scott M. Mahoney, Esq.
Kaine Messer, Esq.                               300 S. Fourth Street, Suite 1500
170 S. Green Valley Pkwy, Suite 280              Las Vegas, Nevada 89101
Henderson, Nevada 89012                          Attorney for Defendants
Attorneys for Plaintiff


                                                 IT IS SO ORDERED:

                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE

                                                 Dated: March 31, 2026

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -

FP 62942889.1