FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHASE PAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BP SOLUTIONS LLC; AYR WELLNESS HOLDINGS LLC, EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No: 2:21-cv-01578-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants will have up to and including April 27, 2026, to respond to Plaintiff's First Amended Complaint (ECF No. 64).  This is the second request for an extension of this deadline.  As noted in a prior request, on March 24, 2026, defense counsel suffered an injury which required ambulance transport to the Emergency Room.  Recovery took longer than expected.  Defense counsel did not leave his residence for two weeks (able to work remotely only part-time) and only

FP 63303568.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

resumed going to the office on April 8, with a backlog of matters to attend to.

| GABROY MESSER | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Kaine Messer, Esq. | By: /s/ Scott M. Mahoney, Esq. |
| Christian Gabroy, Esq. | Scott M. Mahoney, Esq. |
| Kaine Messer, Esq. | 300 S. Fourth Street, Suite 1500 |
| 170 S. Green Valley Pkwy, Suite 280 | Las Vegas, Nevada 89101 |
| Henderson, Nevada 89012 | Attorney for Defendants |
| Attorneys for Plaintiff | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  April 10, 2026

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -

FP 63303568.1